Circuit Court for Anne Arundel County
Case No. C-02-CV-25-002097

IN THE SUPREME COURT

OF MARYLAND

Petition No. 407

September Term, 2025

---

RAMEZ GHAZZAOUI

v.

RUSSETT COMMUNITY ASSOCIATION, INC.

---

Fader, C.J.,
Watts,
Booth,
Biran,
Gould,
Eaves,
Killough,

JJ.

---

PER CURIAM ORDER

---

Filed: January 23, 2026

| | | |
|---|---|---|
| | * | IN THE |
| RAMEZ GHAZZAOUI | * | SUPREME COURT |
| | * | OF MARYLAND |
| v. | * | |
| | * | Petition No. 407 |
| RUSSETT COMMUNITY ASSOCIATION, INC. | * | September Term, 2025 |
| | * | (Cir. Ct. No. C-02-CV-25-002097) |

O R D E R

On Ramez Ghazzaoui's appeal from the District Court's money judgment in favor of Russett Community Association, Inc., and when Ramez Ghazzaoui, the petitioner, failed to appear at the de novo trial, the circuit court dismissed the petitioner's appeal with prejudice and then entered a money judgment in excess of the amount entered by the District Court. The petitioner petitioned for a writ of certiorari to this Court.

Based on the petitioner's failure to appear for trial, the circuit court had the authority to dismiss the appeal pursuant to Rule 7-114(c)(4). However, dismissal of the appeal had the effect of terminating the circuit court's ability to proceed further on the appeal and leaving the Disrtict Court's judgment in place. The circuit court therefore erred when it proceeded to enter a new money judgment.

Accordingly, it is this 23rd day of January 2026, by the Supreme Court of Maryland,

ORDERED that the petition for writ of certiorari is granted; and it is further

ORDERED that the Circuit Court for Anne Arundel County's October 15, 2025 order dismissing the petitioner's appeal with prejudice and entering a money judgment in

favor of the respondent is vacated. The case is remanded to the circuit court with instructions to issue an order clarifying that the appeal from the District Court is dismissed with prejudice and that the District Court's judgment remains in effect.



/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk